**Electronically Filed
Supreme Court
SCPW-13-0003250
05-AUG-2014
10:58 AM**

SCPW-13-0003250

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

OAHU PUBLICATIONS INC., dba The Honolulu Star-Advertiser,
a Hawai'i corporation, and KHNL/KGMB, LLC, dba Hawai'i
News Now, a Delaware corporation, Petitioners,

vs.

THE HONORABLE KAREN S.S. AHN, Circuit Court
Judge of the Circuit Court of the First Circuit,
Respondent Judge,

and

THE STATE OF HAWAI'I and CHRISTOPHER DEEDY, Respondents.

---

ORIGINAL PROCEEDING
(CR. NO. 11-1-1647)

ORDER OF CORRECTION
(By: Pollack, J.)


IT IS HEREBY ORDERED that the Opinion of the Court,

filed on July 16, 2014, is corrected as follows:

1.   On page 56, line 17:

Change "<u>see</u> note 16, <u>supra</u>." to "<u>see</u> note 17, <u>supra</u>."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, August 5, 2014.

/s/ Richard W. Pollack

